UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.J. Case No. 23-6189-MPK |
| ) | |
| ) | |
| TERRIS OLIVER, a/k/a "T-Bird," ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Michael Hughes, Deputy U.S. Marshal, do hereby make oath before the Honorable M. Page Kelley, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one **TERRIS OLIVER a/k/a "T-Bird"** on an indictment filed in the U.S. District Court for the Southern District of New York charging the defendant with Murder While Engaged in a Narcotics Conspiracy, in violation of 21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2 (Count One); and Murder Through Use of a Firearm, in violation of 18 U.S.C. § 924(j)(1) and (2), and I do hereby make oath that this warrant

of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Michael Hughes
Deputy U.S. Marshal
U.S. Marshals Service

Subscribed and sworn to before me this 25th day of May 2023,

HON. M. PAGE KELLEY
Chief, United States Magistrate Judge